17UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW SUND,

              Plaintiff,

   v.

SANMAR CORPORATION,

              Defendant.

CASE NO. C17-357-JLR

**ORDER DECLINING TO REVIEW IFP APPLICATION AND GRANTING LEAVE TO CORRECT DEFICIENCIES**

    Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP"). Dkt. 1. The application is deficient because plaintiff did not sign the portion of the form indicating he declares under penalty of perjury that his answers are true and correct. *See* Dkt.1 at 2. Plaintiff must correct this deficiency no later than **March 24, 2017**. Failure to correct the deficiency may result in a recommendation that this matter be dismissed.

      The Clerk shall provide a copy of this Order, plaintiff's original IFP application (Dkt. 1), and the Court's standard IFP form to plaintiff and to the Honorable James L. Robart.

      DATED this 9th day of March, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DECLINING TO REVIEW IFP
APPLICATION AND GRANTING LEAVE TO
CORRECT DEFICIENCIES - 1