| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | 17UNITED STATES DISTRICT COURT |
| 7 | WESTERN DISTRICT OF WASHINGTON AT SEATTLE |

17UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW SUND ,

                Plaintiff,

   v.

SANMAR CORPORATION,

                Defendant.

CASE NO. C17-357-JLR

**REPORT AND RECOMMENDATION**

    Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP"). Dkt. 1. By order dated March 9, 2017, the Court informed plaintiff that his application was deficient because he failed to sign the portion of the form indicating he declares under penalty of perjury that his answers are true and correct. Dkt. 3. On March 23, 2017, plaintiff filed an amended IFP application, but this application contains the same defect:  although plaintiff has signed the Written Consent for Payment of Costs portion of the form, he again fails to declare under penalty of perjury that the facts alleged in his IFP application are true and correct. *See* Dkt. 4 at 2, 4.

REPORT AND RECOMMENDATION - 1

1  Accordingly, the Court recommends that plaintiff's IFP applications be DENIED, and that he be
2  directed to pay the filing fee in this case or the case will be dismissed.
3      A proposed order accompanies this Report and Recommendation.  Objections, if any, to
4  this Report and Recommendation must be filed and served no later than **April 10, 2017**.  If no
5  objections are filed, the matter will be ready for the Court's consideration on **April 11, 2017**.
6  Objections shall not exceed five (5) pages.  The failure to timely object may affect the right to
7  appeal.
8      DATED this 27th day of March, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2